IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JOSE CARDONA, | : | Civil No. 3:12-cv-820 |
|---|---|---|
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| B.A. BLEDSOE, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 24th day of April, 2017, upon consideration of Respondent's motion (Doc. 22) to submit *nunc pro tunc* a brief in opposition to Petitioner's motion for reconsideration, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 22) is **GRANTED**.

2. The brief (Doc. 23) in opposition to Petitioner's motion for reconsideration is **ACCEPTED** as filed and **DEEMED** timely filed.

Robert D. Mariani
United States District Judge